IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AISIN SEIKI CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| BORGWARNER INC., and | ) | **DEMAND FOR JURY TRIAL** |
| BORGWARNER MORSE TEC INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Aisin Seiki Co., Ltd., by its undersigned attorneys, brings this action

against Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc. (collectively

"Defendants") for infringement of United States Patent Nos. 5,775,279 (the "'279 patent") and

5,836,277 (the "'277 patent") and alleges as follows:

## PARTIES

1.    Plaintiff Aisin Seiki Co., Ltd. ("Aisin Seiki") is a corporation duly

organized and existing under the laws of Japan, and has its principal place of business at 2-1,

Asahi-machi, Kariya, Aichi, 448-8650, Japan.

2.    Upon information and belief, Defendant BorgWarner Inc. is a Delaware

corporation having its principal place of business at 3850 Hamlin Road, Auburn Hills, Michigan

48326.

3.    Upon information and belief, Defendant BorgWarner Morse TEC Inc. is a

Delaware corporation having its principal place of business at 800 Warren Road, Ithaca, New

York 14850.  Upon further information and belief, Defendant BorgWarner Morse TEC Inc. is a

wholly-owned subsidiary of Defendant BorgWarner Inc.

## BACKGROUND

4.      Aisin Seiki is the owner by assignment of all right, title and interest in and to the '279 patent entitled "VALVE TIMING CONTROL DEVICE." The '279 patent was duly and legally issued by the United States Patent and Trademark Office on July 7, 1998. A true and correct copy of the '279 patent is attached hereto as Exhibit A.

5.      Aisin Seiki is the owner by assignment of all right, title and interest in and to the '277 patent entitled "VALVE TIMING CONTROL DEVICE." The '277 patent was duly and legally issued by the United States Patent and Trademark Office on November 17, 1998. A true and correct copy of the '277 patent is attached hereto as Exhibit B.

## JURISDICTION AND VENUE

6.      This action arises under the federal patent laws, 35 U.S.C. §§ 101 *et seq.* This Court has subject matter jurisdiction over this action based on 28 U.S.C. §§ 1331 and 1338(a).

7.      This Court has personal jurisdiction over Defendants because, among other things, they are incorporated under the laws of Delaware and Defendants have directly infringed, contributed to the infringement of, and/or actively induced infringement of Aisin Seiki's '279 and '277 patents within this judicial district.

8.      Venue is proper under 28 U.S.C. §§ 1391(b) and (c) and 1400.

## FIRST CLAIM FOR RELIEF
### (For Infringement of United States Patent No. 5,775,279)

9.      Aisin Seiki incorporates paragraphs 1-8 by reference as if set forth here in full.

10.    Defendants have been and are now making, using, selling, offering for sale within the United States, or importing into the United States, variable camshaft timing components for vehicles that infringe the '279 patent.

11.    Defendants have been and now are contributing to the infringement of, and/or actively inducing the infringement of, the '279 patent by others by, among other things, distributing or offering for sale variable camshaft timing components for vehicles that directly infringe the '279 patent.

12.    On information and belief, Defendants have had actual knowledge of the '279 patent and their infringement has been willful.

13.    Defendants' past and continued acts of infringement have injured Aisin Seiki and thus Aisin Seiki is entitled to recover damages adequate to compensate for that infringement.

14.    Defendants' acts of infringement have caused and will continue to cause irreparable injury to Aisin Seiki unless and until enjoined by this Court.

**SECOND CLAIM FOR RELIEF**
**(For Infringement of United States Patent No. 5,836,277)**

15.    Aisin Seiki incorporates paragraphs 1-14 by reference as if set forth here in full.

16.    Defendants have been and are now making, using, selling, offering for sale within the United States, or importing into the United States, variable camshaft timing components for vehicles that infringe the '277 patent.

17.    Defendants have been and now are contributing to the infringement of, and/or actively inducing the infringement of, the '277 patent by others by, among other things,

distributing or offering for sale variable camshaft timing components for vehicles that directly infringe the '277 patent.

18.    On information and belief, Defendants have had actual knowledge of the '277 patent and their infringement has been willful.

19.    Defendants' past and continued acts of infringement have injured Aisin Seiki and thus Aisin Seiki is entitled to recover damages adequate to compensate for that infringement.

20.    Defendants' acts of infringement have caused and will continue to cause irreparable injury to Aisin Seiki unless and until enjoined by this Court.

## PRAYER FOR RELIEF

Aisin Seiki prays for relief as follows:

(1)    For entry of judgment that Defendants infringe the '279 and '277 patents;

(2)    For an order enjoining Defendants, their directors, officers, employees, attorneys, agents, and all persons in active concert or participation with any of the foregoing from further acts that infringe the '279 and '277 patents;

(3)    For an award of damages adequate to compensate Aisin Seiki for Defendants' infringement of the '279 and '277 patents, in an amount to be determined at trial, together with interest and costs as fixed by the Court;

(4)    For a declaration that Defendants' infringement has been willful and an order trebling all compensatory damages;

(5)    For a declaration that this case is "exceptional" pursuant to 35 U.S.C. § 285 and that Plaintiff is thereby entitled to an award of its attorneys' fees incurred in prosecuting this action; and

(6)     For such other relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Aisin Seiki Co., Ltd.

hereby demands a trial by jury of all issues so triable in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
   Attorneys for Plaintiff Aisin Seiki Co., Ltd.

OF COUNSEL:

Steven P. Weihrouch
Richard D. Kelly
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

August 22, 2007

1217741

# EXHIBIT A

US005775279A

# United States Patent [19]

## Ogawa et al.

[11] Patent Number: **5,775,279**

[45] Date of Patent: **Jul. 7, 1998**

[54] **VALVE TIMING CONTROL DEVICE**

[75] Inventors: **Kazumi Ogawa**, Toyota; **Katsuhiko Eguchi**, Kariya; **Kongo Aoki**, Toyota, all of Japan

[73] Assignee: **Aisin Seiki Kabushiki Kaisha**, Kariya, Japan

[21] Appl. No.: **828,937**

[22] Filed: **Mar. 28, 1997**

[30] **Foreign Application Priority Data**

Mar. 28, 1996 [JP] Japan ..................... 8-074823
Mar. 17, 1997 [JP] Japan ..................... 9-063247

[51] **Int. Cl.⁶** .................................................... **F01L 1/344**
[52] **U.S. Cl.** ............................... **123/90.17**; 123/90.31
[58] **Field of Search** .......................... 123/90.15, 90.17, 123/90.31; 74/567, 568 R; 464/1, 2, 160

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,181,484   1/1993  Kan et al. ........................... 123/90.17

5,666,914   9/1997  Ushida et al. ....................... 123/90.17

*Primary Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Hazel & Thomas

[57] **ABSTRACT**

A valve timing control device comprising a rotor fixed on a cam shaft of an engine, a housing member rotatably mounted on the cam shaft so as to surround the rotor is disclosed. The valve timing control device also comprises a chamber defined between the housing member and the rotor and having a pair of circumferentially opposed walls, a vane mounted on the rotor and extended outwardly therefrom, in the radial direction into the chamber so as to divide the chamber into a first pressure chamber and a second pressure chamber, a fluid supplying means for supplying fluid under pressure to at least a selected one of the first pressure chamber and the second pressure chamber and a force means for expanding one of the first pressure chamber and the second pressure chamber.

**7 Claims, 8 Drawing Sheets**



Case 1:07-cv-00512-SLR    Document 1-2    Filed 08/22/2007    Page 3 of 13

# Fig. 1



# Fig. 2



# Fig. 3



70
25
71

# Fig. 4



56 60 52 62 63 61
R2  91 53
Rθ  32 50
31  51
40  40
55
R1  34 36 35 30 31

# Fig. 5



# Fig. 6



# Fig. 7



# Fig. 8



# Fig. 9



# Fig. 10



5,775,279

## 1

# VALVE TIMING CONTROL DEVICE

## RELATED U.S. PATENT APPLICATIONS

This application is related to pending U.S. patent application Ser. No. 0/8,757,857, filed Dec. 2, 1996, and entitled "Valve Timing Control Device."

## FIELD OF THE INVENTION

The present invention relates to a valve timing control device and, in particular, to a valve timing control device for controlling an angular phase difference between a crank shaft of a combustion engine and a cam shaft of a combustion engine.

## BACKGROUND OF THE INVENTION

In general, valve timing of an internal combustion engine is determined by valve mechanisms driven by cam shafts according to either a characteristic or a specification of an internal combustion engine. Since a condition of the combustion is changed in response to the rotational speed of the combustion engine, however, it is difficult to obtain optimum valve timing through the entire rotational range. Therefore, a valve timing control device which is able to change the valve timing in response to the condition of the internal combustion engine as an auxiliary mechanism of the valve mechanism has been proposed in recent years.

A conventional device of this kind is disclosed, for example, in U.S. Pat. No. 4,858,572. This device includes a rotor which is fixed on the cam shaft, a drive member which is driven by the rotational torque from a crank shaft and which is rotatably mounted on the cam shaft so as to surround the rotor, a plurality of chambers which are defined between the drive member and the rotor, each having a pair of circumferentially opposed walls and a plurality of vanes which are mounted to the rotor and which extend outwardly therefrom in the radial direction into the chambers so as to divide each of chambers into a first pressure chamber and a second pressure chamber. In this device, a fluid under pressure is supplied to a selected one of the first pressure chamber and the second pressure chamber in response to the running condition of the combustion engine, and controlling an angular phase difference between the crank shaft and the cam shaft so as to advance or retard the valve timing relative to the crank shaft. The fluid under pressure is delivered from an oil pump. The valve timing control device is in the position of the maximum advanced condition, when each of the vanes is in contact with one of the opposed walls of each of the chambers. On the other hand, the valve timing control device is in the position of the maximum retarded condition when each of the vanes is in contact with the other of the opposed walls of each of the chambers.

In the above prior art device, when the internal combustion engine is stopped, the oil pump stops delivering the fluid under pressure. The fluid under pressure in the first pressure chamber and the second pressure chamber is decreased with the lapse of time. After then, when the combustion engine is restarted, there is not enough of the fluid under pressure in the chambers. Therefore, each of the vanes rotates to retard the valve timing and crashes against the walls of each of the chambers. This crashing sound can be bothersome to a driver and passengers.

Further, if the cam shaft for controlling some exhaust valves attaches the above prior art device, the opening and closing timing of the exhaust valves is delayed because of the above operation of retarding the valve timing. It

increases an overlap phenomenon. The overlap phenomenon means the exhaust valves and the intake valves are opening at the same time. When the induction stroke of the combustion engine at the overlap phenomenon occurs, the sucked charge (fuel and air) from an intake port is discharged through an exhaust port before being ignited by a spark plug so as to burn angularly and increase the pollutant content in the exhaust gas.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to provide an improved valve timing control device without the foregoing drawbacks.

In accordance with the present invention, a valve timing control device comprising a rotor fixed on a cam shaft of an engine, a housing member rotatably mounted on the cam shaft so as to surround the rotor, a chamber defined between the housing member and the rotor and having a pair of circumferentially opposed walls, a vane mounted on the rotor and extended outwardly therefrom in the radial direction into the chamber so as to divide the chamber into a first pressure chamber and a second pressure chamber, a fluid supplying means for supplying fluid under pressure to at least a selected one of the first pressure chamber and the second pressure chamber and a force means for expanding one of the first pressure chamber and the second pressure chamber.

Other objects and advantages of invention will become apparent during the following discussion of the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWING FIGURES

The foregoing and additional features of the present invention will become more apparent from the following detailed description of preferred embodiments thereof when considered with reference to the attached drawings, in which:

FIG. 1 is a sectional view of the first embodiment of a valve timing control divide in accordance with the present invention;

FIG. 2 is a side view in FIG. 1 in accordance with the present invention;

FIG. 3 is a sectional view taken along the line III—III in FIG. 1 in accordance with the present invention;

FIG. 4 is a sectional view taken along the line IV—IV in FIG. 1 in accordance with the present invention;

FIGS. 5, 6 and 7 are three views similar to FIG.4, showing various modifications;

FIG. 8 is a sectional view, similar to FIG. 1, of the second embodiment of a valve timing control divide in accordance with the present invention; and

FIGS. 9 and 10 are sectional views, similar to FIG. 1 of the third embodiment of a valve timing control divide in accordance with the present invention;

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A valve timing control device in accordance with preferred embodiments of the present invention will be described with reference to the attached drawings.

FIGS. 1 through 7 to show a first embodiment of the present invention. Referring to FIG. 1, a valve timing control device of the first embodiment includes an exhaust cam shaft

5,775,279

3

10, a sensor plate 20, a rotor 30, a plurality of vanes 40 and a housing 50. The exhaust cam shaft 10 is rotatably mounted on a cylinder head 80 of an engine E. The exhaust cam shaft 10 has two circular grooves 14, 15. Both the circular grooves 14, 15 are formed so as to maintain a predetermined distance between each other. Both the sensor plate 20 and the rotor 30 are fixed to the projecting end of the exhaust cam shaft 10 by a bolt 90. The sensor plate 20 has three short projections 21, 22, 23 in the circumferential direction and a long projection 24 in the circumferential direction as shown FIG. 2. The sensor plate 20 has a brim 25. The rotor 30 has a plurality of grooves for inserting the vane 40 as shown in FIGS. 4 through 7. One side end of the housing 50 is fixed to a timing pulley 70 and the other side end of the housing 50 is fixed to a side plate 71 by a bolt 91. Therefore, the housing 50, the timing pulley 70 and the side plate 71 act in a body. The timing pulley 70 transmits rotational torque via a belt 72 (or a chain 73) from a crank shaft 83 which is rotated by the engine E. A pin 60 allows connection between the rotor 30 and the housing 50 when the rotor 30 is in phase with the housing 50.

The exhaust cam shaft 10 has a plurality of cams (not shown). Each cam makes the exhaust valves open and close. There is a passage 11 which is formed in the exhaust cam shaft 10 at its axial center and extends in the axial direction. One end of the passage 11 communicates with the circular groove 14 through a passage 13. The circular groove 14 is communicated with a passage 81 which is formed in the cylinder head 80 of an engine E. On the other hand, there are a plurality of passages 12 which are formed in the exhaust cam shaft 10 so as to locate on the coaxial circle about the axial center of the shaft 10 and which are extended in parallel in the axial direction. One end of the passage 12 communicates with the circular groove 15. The circular groove 15 is communicated with a passage 82 which is formed in the cylinder head 80 of an engine E. Both the passage 81 and 82 is communicated with a fluid supplying device 100. The fluid supplying device 100 is comprised of a changeover valve 101, a fluid pump 102 and a controller 103. In this embodiment, the changeover valve 101 is a four port-three position type electromagnetic valve. The fluid pump 102 is driven by the engine E and discharges the fluid (=oil) for lubricating the engine E. The pump 102 may be a pump for lubricating the engine E. The passage 82 is communicated to a port A of the changeover valve 101 and the passage 81 is communicated to a port B of the changeover valve 101. A port P of the changeover valve 101 communicates with a discharge portion of the fluid pump 102 via a passage 105, and a port R of the changeover valve 101 communicates with a reservoir 104 via a passage 106. The portion of the changeover valve 101 is controlled by the controller 103 so that a first condition as shown in FIG. 1 in which the discharged fluid from the pump 102 is supplied to the passage 82 and in which the passage 81 communicates with the reservoir 104, a second condition in which all the ports A, B, P, R are interrupted, a third condition in which the discharged fluid from the pump 102 is supplied to the passage 81 and in which the passage 82 communicates with the reservoir 104 are selectively obtained. The controller 103 controls the above conditions of the changeover valve 101 based on parameter signals such as engine speed, the opening level of a throttle valve (not shown) and so on.

In the rotor 30 and the housing 50, a valve timing control mechanism V is mounted therein. The rotor 30 has a cylindrical shape. As shown in FIGS. 4 through 7, the housing 50 has an inner bore 54 and is rotatably mounted on the outer circumferential surface of the rotor 30 so as to

4

surround the rotor 30. The housing 50 has the same axial length as the rotor 30 and is provided with a plurality of grooves 51 which are outwardly extended from the inner bore 54 in the radial direction and which are separated in the circumferential direction at regular intervals. The housing 50 is also provided with a plurality of holes 53 for penetration of the bolt 91. The holes 53 penetrate in the axial direction and separate in the circumferential direction at regular intervals.

Thereby, a plurality of chambers RO which are separated in the circumferential direction at regular intervals and each of which has a pair of circumferentially opposed walls 55 and 56 are defined along the rotor 30, the housing 50, timing pulley 70 and the side plate 71. On the outer circumferential portion of the rotor 30 are some grooves 31. The numbers of the grooves 31 is equal to the numbers of the chambers RO. Each of the grooves 31 extends inwardly therefrom in the radial direction and is separated in the circumferential direction at regular intervals formed thereon. Each of the vanes 40 that extends outwardly in the radial direction into each of the chambers RO is mounted in each of the grooves 31, respectively. Thereby, each of the chambers RO is divided into a first pressure chamber R1 and a second pressure chamber R2, both of which are fluid-tightly separated from each other.

The housing 50 has a hole 52 which extends inwardly thereof in the radial direction and which is penetrated in the radial direction. The hole 52 accommodates the pin 60 which is pushed forward the rotor 30 by a coil-spring 61. The coil-spring 61 is supported by a clip 63 through a retainer 62. On the other hand, the rotor 30 on the outer circumferential surface has a hole 32 which extends inwardly thereof in the radial direction so as to insert the pin 60.

The rotor 30 is provided with a plurality of first passages 34, a plurality of second passages 36, and a passage 35. The first passages 34 and the passage 35 are communicated. One end of each of the first passages 34 communicates with the passage 11 and the other end of the first passages 34 communicates with each of the first chambers R1. On the other hand, one end of each of the first passages 36 communicates with the passage 12 and the other end of the second passages 36 communicates with each of the second chambers R2.

There is a coil-spring 92. One end of the coil-spring 92 is connected with the rotor 30 and the other end of the coil-spring 92 is connected with the side plate 71 which is fixed to the housing 50. The outer surface of the brim 25 of the sensor plate 20 guides the coil portion of the coil-spring 92 as shown in FIG. 1.

The operation of the valve timing control device having the above structure will now be described.

The exhaust camshaft 10 is rotated counterclockwise by timing pulley 70. Thereby, exhaust valves (not shown) are opened and closed. The pressure of fluid delivered from the oil pump 102 is increased. Fluid under the resulting pressure is supplied to the changeover valve 101. At the time, the changeover valve 101 is the first condition as shown in FIG. 1, fluid is supplied to the chambers R2 via the passage 82, the passage 12 and second passages 36. Thereby, the vanes 40 are rotated in the counterclockwise direction, together with the rotor 30 and the exhaust cam shaft 20. Upon fitting of the pin 60 into the hole 32 of the rotor 30, such rotation is terminated. Thus, the exhaust cam shaft 20 is advanced through an angle relative to the crank shaft 83.

On the other hand, for returning the exhaust cam shaft 20 from the advanced condition to the retard condition, the

5,775,279

5

vanes 40 are rotated in the clockwise direction by supplying fluid under pressure to the chambers R1 via the passage 81, the passage 11 and first passages 34. Since the first passage 34 is communicated with the passage 35, fluid under pressure supplied into the hole 32 urges the pin 60 fully into the hole 52 of the housing 50 as shown in FIG. 5, thereby releasing the connection between the rotor 30 and the housing 50. With increasing pressure in the chamber R1, the vanes 40 are rotated in the clockwise direction as shown in FIG. 7 via the condition as shown in FIG. 6. During the retarding rotary movement of the vanes 40, fluid in each chambers R2 is drained to the reservoir 104 through the passage 36, the passage 12, second passages 82 and the changeover valve 101.

When the engine E is stopped, the fluid pressure in the chambers R1 and R2 is drained with the lapse of time through a non-illustrated clearance between each part, e.g., between the exhaust cam shaft 20 and the cylinder head 80. Therefore, the coil-spring urges the rotor 30 in the counter-clockwise direction so as to fit the pin 60 into the hole 32 of the rotor 30.

FIG. 8 illustrates a modified version of the first preferred embodiment, which specifically is a modified arrangement of a coil-spring 93. In FIG. 8, the same parts in FIG. 1 use the same numerals of FIG. 1. In this modified construction, the coil-spring 93 is arranged between a valve timing control mechanism V and the engine E. The timing pulley 70 has a cylindrical hollow 73. The cylindrical hollow 73 accommodates the coil-spring 93 wherein one end thereof is connected with the rotor 30 and wherein the other end thereof is connected with the timing pulley 70 which is fixed to the housing 50.

FIGS. 9 and 10 illustrate a modified version of the first preferred embodiment, which specifically is a modified construction of an accumulator 107 and a check valve 108. In FIGS. 9 and 10, the same parts in FIG. 1 also use the same numerals of FIG. 1. In this modified construction, a valve timing control mechanism V has no spring between the rotor 30 and the housing 50 is shown in FIG. 9. On the other hand, the fluid supplying device has both the accumulator 107 and the check valve 108. The accumulator 107 and the check valve 108 are located on the passage 106 which is discharged from the oil pump 102. The check valve 108 is located between the oil pump 102 and the accumulator 107.

When the engine E is in operation, the oil pump discharges fluid under pressure to the passage 105 and the accumulator 107 accumulates fluid under pressure. If the engine E stops, the controller 103 controls the changeover valve 101 in the first condition in which the discharged fluid from the accumulator 107 is supplied to the passage 82 and in which the passage 81 communicates with the reservoir

6

104 via the passage 106. Thereby, the fluid under pressure of the chamber R2 is increased, and the fluid under pressure of the chamber R1 is decreased so that the vanes 40 are able to rotate in the clockwise direction of the rotor 30 as shown in FIG. 4.

While the invention has been described in connection with one of its preferred embodiments, it should be understood that changes and modifications may be made without departing from the scope and spirit of the appended claims.

What is claimed is:

1. A valve timing control device comprising:

a rotor fixed on a cam shaft of an engine;

a housing member rotatably mounted on the cam shaft so as to surround said rotor;

a chamber defined between said housing member and said rotor and having a pair of circumferentially opposed walls;

a vane mounted on said rotor and extending outwardly therefrom in the radial direction into said chamber so as to divide said chamber into a first pressure chamber and a second pressure chamber;

a fluid supplying means for supplying fluid under pressure to at least one of said first pressure chamber and said second pressure chamber; and

a force means for expanding one of said first pressure chamber and said second pressure chamber.

2. The valve timing control device of claim 1, wherein the force means is a coil-spring, wherein one end of said coil-spring is affixed to said the rotor, and the other end of said coil-spring is affixed to the housing member.

3. The valve timing control device of claim 2, wherein both the rotor and the housing are arranged between the coil-spring and the engine.

4. The valve timing control device of claim 3, wherein the coil-spring is guided by a sensor plate which is arranged at the end of the cam shaft.

5. The valve timing control device of claim 4, wherein the cam shaft controls an exhaust valve.

6. The valve timing control device of claim 1, wherein the force means includes an accumulator which accumulates fluid under pressure and supplies to one of the first pressure chamber or the second pressure chamber.

7. The valve timing control device of claim 6, wherein the supplying means includes a fluid under pressure source and a control valve to control fluid under pressure in the first pressure chamber and the second pressure chamber, and an accumulator located between said fluid under pressure source and said control valve.

* * * * *

# EXHIBIT B

# United States Patent [19]

## Kira et al.

[11] **Patent Number:** 5,836,277

[45] **Date of Patent:** Nov. 17, 1998

US005836277A

[54] **VALVE TIMING CONTROL DEVICE**

[75] Inventors: **Naoki Kira**, Anjo; **Katsuhiko Eguchi**, Kariya; **Kazumi Ogawa**; **Motoo Nakamura**, both of Toyota, all of Japan

[73] Assignee: **Aisin Seiki Kabushiki Kaisha**, Aichi, Japan

[21] Appl. No.: **996,520**

[22] Filed: **Dec. 23, 1997**

[30]     **Foreign Application Priority Data**

Dec. 24, 1996 [JP] Japan ..................................... 8-344122
Feb. 26, 1997 [JP] Japan ..................................... 9-042741
Oct. 30, 1997 [JP] Japan ..................................... 9-298786

[51] **Int. Cl.$^6$** ...................................................... **F01L 1/34**

[52] **U.S. Cl.** .................................... **123/90.17**; 123/90.31; 74/568 R; 464/2

[58] **Field of Search** ............................. 123/90.17, 90.31, 123/90.15, 90.16; 74/568 R; 464/2

[56]     **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,858,572 | 8/1989 | Shirai et al. . |
| 5,377,638 | 1/1995 | Mueller ................................. 123/90.17 |
| 5,450,825 | 9/1995 | Geyer et al. ......................... 123/90.17 |
| 5,666,914 | 9/1997 | Ushida et al. ....................... 123/90.17 |
| 5,722,356 | 3/1998 | Hara ..................................... 123/90.17 |

FOREIGN PATENT DOCUMENTS

2-50105   4/1990   Japan .

Primary Examiner—Denise L. Ferensic
Assistant Examiner—John Ball
Attorney, Agent, or Firm—Hazel & Thomas

[57]     **ABSTRACT**

A valve timing control device includes a rotation shaft for opening and closing a valve, a rotation transmitting member rotatably mounted on the rotation shaft, a vane connected to one of the rotation shaft and the rotation transmitting member, a chamber defined between the rotation shaft and the rotation transmitting member and divided into a first pressure chamber and a second pressure chamber by the vane extending into the chamber, a first fluid passage in fluid communication with the first pressure chamber for supplying and discharging the fluid therein and therefrom, respectively, a second fluid passage in fluid communication with the second pressure chamber for supplying and discharging the fluid therein and therefrom, a retracting hole formed on one of the rotation shaft and the rotation transmitting member, a locking pin slidably fitted in the retracting hole and urged toward the other of the rotation shaft and the rotation transmitting member, a receiving hole formed on the other of the rotation shaft and the rotation transmitting member and in which a part of the locking pin is fitted when the relative phase between the rotation shaft and the rotation transmitting member is in a predetermined phase, and a third fluid passage in fluid communication with the receiving hole only when the relative phase between the rotation shaft and the rotation transmitting member is in the predetermined phase.

**6 Claims, 14 Drawing Sheets**





# Fig. 1



throttle opening amount
water temperature of engine
rotational speed of engine

# Fig. 2



# Fig. 3



# Fig. 4



# Fig. 5



# Fig. 6



# Fig. 7



# Fig. 8



# Fig. 9



# Fig. 10



# Fig. 11



# Fig. 12



# Fig. 13



# Fig. 14



# Fig. 15



# Fig. 16



# Fig. 17



# Fig. 18



5,836,277

**1**

# VALVE TIMING CONTROL DEVICE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a valve timing control device and in particular to a valve timing control device for controlling an angular phase difference between a crank shaft of a combustion engine and a cam shaft of the combustion engine.

### 2. Description of the Prior Art

In general, a valve timing of a combustion engine is determined by valve mechanisms driven by cam shafts according to a characteristic of the combustion engine or a use of the combustion engine. Since a condition of the combustion is changed in response to the rotational speed of the combustion engine and so on, however, it is difficult to obtain an optimum valve timing through the whole rotational range. Therefore, a valve timing control device which is able to change a valve timing in response to the condition of the combustion engine has been proposed as an auxiliary mechanism of the valve mechanism in recent years.

A conventional device of this kind is disclosed, for example, in Japanese utility-model application laid-open publication No. 2(1990)-50105. This conventional device includes a rotation shaft for opening and closing a valve, a rotation transmitting member rotatably mounted on the rotation shaft for transmitting a rotational torque from a crank shaft of an engine, a plurality of vanes connected to the rotation shaft, a plurality of chambers defined between the rotation shaft and the rotation transmitting member and divided into a first pressure chamber and a second pressure chamber by the vane, respectively, a first fluid passage being in fluid communication with the first pressure chambers for supplying and discharging the fluid therein and therefrom, respectively, a second fluid passage being in fluid communication with the second pressure chambers for supplying and discharging the fluid therein and therefrom, a retracting hole formed on the rotation transmitting member, a locking pin disposed in the retracting hole and urged toward the rotation shaft, a receiving hole formed on the rotation shaft and in which a head portion of the locking pin is fitted therein when the receiving hole is brought into alignment with the retracting hole and a third fluid passage being in fluid communication with the receiving hole for supplying and discharging the fluid therein and therefrom.

In this valve timing control device, the third fluid passage is always in fluid communication with the first fluid passage. Therefore, when the fluid is supplied to the first pressure chambers via the first fluid passage and the fluid is discharged from the second pressure chambers, the fluid is also supplied to the receiving hole from the first fluid passage via the third fluid passage and the head portion of the locking pin moves out the receiving hole against the urging force. Thereby, the rotation shaft is rotated toward the advance side relative to the rotation transmitting member after the locking condition between the rotation shaft and the rotation transmitting member by the locking pin is released. Further, when the fluid is supplied to the second pressure chambers via the second fluid passage and the fluid is discharged from the first pressure chambers via the first fluid passage, the rotation shaft is rotated toward the retard side relative to the rotation transmitting member and the fluid is discharged from the third fluid passage via the first fluid passage so that the locking pin is moved by the urging force. Thereby, when the receiving hole is brought into alignment with the retracting hole, the head portion of the locking pin is fitted into the

**2**

receiving hole by the urging force, and the relative rotation between the rotation shaft and the rotation transmitting member is locked.

In the above prior device, when the fluid pressure in the third fluid passage acts on the locking pin moved into the retracting hole via the receiving hole, the pressure fluctuation generated in the first pressure chambers and the first fluid passage is transmitted to the receiving hole via the third passage and the locking pin vibrates in the retracting hole by the pressure fluctuation. As a result, acoustic noise is generated by this vibration of the locking pin during the running of the engine. Further, the durability of the lock pin and the retracting hole are decreased by the vibration of the locking pin, and thus the reliability of the valve timing control device is decreased.

## SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide an improved valve timing control device which overcomes the above drawback.

It is another object of the present invention to provide an improved valve timing control device which can reduce the generation of the noise and which can improve its reliability.

In order to achieve these objectives, there is provided an improved valve timing control device which includes a rotation shaft for opening and closing a valve, a rotation transmitting member rotatably mounted on the rotation shaft, a vane connected to one of the rotation shaft and the rotation transmitting member, a chamber defined between the rotation shaft and the rotation transmitting member and divided into a first pressure chamber and a second pressure chamber by the vane being extended into the chamber, a first fluid passage being in fluid communication with the first pressure chamber for supplying and discharging the fluid therein and therefrom, respectively, a second fluid passage being in fluid communication with the second pressure chamber for supplying and discharging the fluid therein and therefrom, a retracting hole which is formed on one of the rotation shaft and the rotation transmitting member, a locking pin slidably fitted in the retracting hole and urged toward the other of the rotation shaft and the rotation transmitting member, a receiving hole which is formed on the other of the rotation shaft and the rotation transmitting member and in which a part of the locking pin is fitted when the relative phase between the rotation shaft and the rotation transmitting member is in a predetermined phase and a third fluid passage being in fluid communication with the receiving hole only when the relative phase between the rotation shaft and the rotation transmitting member is in the predetermined phase.

## BRIEF DESCRIPTION OF THE DRAWINGS

Additional objects and advantages of the present invention will become more apparent from the following detailed description of preferred embodiments thereof when considered with reference to the attached drawings, in which:

FIG. 1 shows a general sectional view of a first embodiment of a valve timing control device in accordance with the present invention;

FIG. 2 shows a sectional view of a first embodiment of a valve timing control device in accordance with the present invention;

FIG. 3 shows a cross-sectional view taken on line A—A of FIG. 2;

FIG. 4 shows a cross-sectional view taken on line C—C of FIG. 2;

5,836,277

3

FIG. 5 shows a sectional view of the first embodiment of a valve timing control device in which the locking pin is moved out the receiving hole;

FIG. 6 shows a sectional view of the first embodiment of a valve timing control device in which the rotation shaft is rotated toward advance side relative to the rotation transmitting member;

FIG. 7 shows a cross-sectional view of a variation of the first embodiment of a valve timing control device in accordance with the present invention;

FIG. 8 shows a sectional view of a second embodiment of a valve timing control device in accordance with the present invention;

FIG. 9 shows a front view of the second embodiment shown in FIG. 8;

FIG. 10 shows a cross-sectional view of the second embodiment shown in FIG. 8;

FIG. 11 shows a partly perspective view of the inner rotor and the vane shown in FIG. 8 and FIG. 10;

FIG. 12 shows a sectional view of the second embodiment of a valve timing control device in which the locking pin is moved out of the receiving hole;

FIG. 13 shows a sectional view of the second embodiment of a valve timing control device in which the rotation shaft is rotated toward the advance side relative to the rotation transmitting member;

FIG. 14 shows a sectional view of the second embodiment of a valve timing control device which is in the maximum advanced condition;

FIG. 15 shows a sectional view of a third embodiment of a valve timing control device in accordance with the present invention;

FIG. 16 shows a cross-sectional view taken on line D—D of FIG. 15;

FIG. 17 shows a cross-sectional view of the third embodiment of a valve timing control device in which the locking pin is moved out of the receiving hole; and

FIG. 18 shows a cross-sectional view of the third embodiment of a valve timing control device in which the rotation shaft is rotated toward advance side relative to the rotation transmitting member.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

A valve timing control device in accordance with preferred embodiments of the present invention will be described with reference to the attached drawings.

FIG. 1 shows a general view of a valve timing control device in accordance with the present invention. In FIG. 1, timing pulleys 13, 11a and 11b are fixed to a crank shaft 12, an intake cam shaft 11a having cam portions (not shown) serving for opening and closing intake valves (not shown) and an exhaust cam shaft 11b having cam portions (not shown) serving for opening and closing exhaust valves (not shown), respectively. A rotational torque of the engine 1 is transmitted from the crank shaft 12 to the cam shafts 10a and 10b via a timing belt 14 made of rubber or resin. The rotational position of the crank shaft 12 and the cam shafts 10a and 10b are detected by rotational angle sensors 2, 3 and 4, respectively, and the detected signals are fed to a controller 5. A throttle opening amount signal, a rotational speed signal of the engine and a cooling water temperature signal of the engine are fed to the controller 5. The controller 5 supplies a control signal to a changeover valve 100 in response to these signals.

4

FIG. 2 to FIG. 6 show a first embodiment of the present invention. Referring to FIG. 2, the cam shaft 10a which corresponds to a part of a rotation shaft of the present invention is rotatably mounted on a cylinder head 1a of the engine 1. A valve timing control device 20, as will become apparent from the following description, is provided between one end portion of the cam shaft 10a and the timing pulley 11a. FIG. 3 shows a cross-sectional view taken on line A—A of FIG. 2 and FIG. 2 shows a cross-sectional view taken on line B—B of FIG. 3. Further, FIG. 4 shows a cross-sectional view taken on line C—C of FIG. 3.

As shown in FIG. 2 and FIG. 3, an inner rotor 30 is fixed to one end portion of the cam shaft 10a by a hollow bolt 40 so as to rotate with the cam shaft 10a in a body. On an outer circumferential surface of the inner rotor 30, an outer rotor 70 is rotatably mounted thereon. On the sides of the outer rotor 70, a front plate 50 and a rear plate 60 are disposed. The outer rotor 70, the plate 50 and the rear plate 60 are fastened by bolts 41 so as to prevent a rotation of any one of the members 50, 60, 70 and 11a relative to the other members, and these four members 50, 60, 70 and 11a correspond to a rotation transmitting member of the present invention. An inner circumferential surface of the rear plate 60 is rotatably fitted on the cam shaft 10a. A plug 52 is fluid-tightly screwed into an inner circumference 51 of the front plate 51.

Five pressure chambers R0 are formed, each of which is defined by two adjacent partition walls 71 in the circumferential direction between the inner circumference surface of the outer rotor 10 and the outer circumference surface of the inner rotor 30. Each pressure chamber R0 is defined by the front plate 50 and the rear plate 60 in the axial direction and is defined by the outer rotor 70 and the inner rotor 30 in the radial direction. Each pressure chamber R0 is divided into a first pressure chamber R1, R1a and a second pressure chamber R2 by a vane 80. Each vane 80 is mounted into a groove formed on the outer circumference of the inner rotor 30 such that the vane 80 extends outwardly along the radial direction of the inner rotor 30, and is received in the pressure chamber R0. Each vane 80 is urged outwardly by a spring 81 which is disposed at the bottom portion of the groove of the inner rotor 30 (FIG. 2) so as to be in sliding engagement with a bottom of the pressure chamber R0. The timing pulley 11a is rotated clockwise as shown in FIG. 3. Further, at the inner circumference surface of the outer rotor 70, a sole retracting hole 72 which penetrates in the radial direction a formed. In the retracting hole 72, a locking pin 90 whose head portion can be fitted into a receiving hole 31 formed on the outer circumferential surface of the inner rotor 30 is disposed therein. In this first embodiment, the retracting hole 72 and the receiving hole 31 are formed so that the head portion of the locking pin 90 is fitted into the receiving hole 31 when the relative rotational phase between the rotation shaft and the rotation transmitting member is in a maximum retarded condition shown in FIG. 3 and FIG. 5. The radially outer end of the retracting hole 72 is fluid-tightly closed by a plug 73 and a spring 91 is disposed between the plug 73 and the locking pin 90 so as to urge the locking pin 90 toward the inner rotor 30.

The valve timing control device 20 controls the relative rotational phase between the rotation shaft and the rotation transmitting member by the pressure difference between the first pressure chamber R1 and the second pressure chamber R2. This pressure difference is controlled by the changeover valve 100. The fluid passage (the first fluid passage) between the changeover valve 100 and each of the first pressure chambers R1 comprises a first circular groove 15 which is

5,836,277

formed on the cam shaft 10a, an axial hole 16 which is
formed in the cam shaft 10a so as to extend in the axial
direction and first grooves 32 which are formed on the inner
rotor 30 so as to extend in the radial direction. The fluid
passage (the second fluid passage) between the changeover
valve 100 and each of the second pressure chambers R2
comprises a second circular groove 17 which is formed on
the cam shaft 10a, a central hole 18 which is formed at axial
center of the cam shaft 10a so as to extend in the axial
direction, a hollow portion 40a of the hollow bolt 40, a space
between the head portion of the hollow bolt 40 and the plug
52 and second grooves 33 which are formed on the inner
rotor 30 so as to extend in the radial direction.

A third passage 34 is formed in the inner rotor 30 so as to
communicate between the axial hole 16 and the receiving
hole 31. As shown in FIG. 4, the third passage 34 is provided
with a first part 35 which is formed on the inner rotor 30 and
a second part 62 which is formed on the rear plate 60 and the
cam shaft 10a. The second part 62 comprises of a groove
which is formed on the side face of the rear plate 60
opposing to the inner rotor 30 and a hole which is formed in
the cam shaft 10a so as to communicates between the groove
and the axial hole 16. The first part 35 and the second part
62 communicate with each other only when the receiving
hole 31 is brought into alignment with the retracting hole 72.
The third hole 34 is communicated to the first pressure
chamber R1a via a communicating passage 74 after the
locking pin 90 is moved out the receiving hole 31. The
communicating passage 74 is formed on the inner circum-
ferential surface of the outer rotor 70 and communicates the
retracting hole 72 to the first pressure chamber R1a adjacent
to the retracting hole 72. It is possible to communicate the
first pressure chamber R1a with the axial hole 16 via the first
groove 32. Thereby, the rotational torque of the inner rotor
30 is increased.

A back chamber 92 in which the spring 91 is disposed
communicates with the space 42 via a fourth passage 75. The
fourth passage 75 is provided with a first part 36 which is
formed as a groove on the axial surface of the inner rotor 30
opposing to the front plate 50 and a second part 76 which is
formed as a groove on the axial surface of the outer rotor 70
opposite the front plate 50. The first part 36 and the second
part 76 communicate with each other only when the receiv-
ing hole 31 is brought into alignment with the retracting hole
72.

As shown in FIG. 2, the first circular groove 15 is
communicated to a connecting port 100a of the changeover
valve 100 and the second circular groove 17 is communi-
cated to a connecting port 100b of the changeover valve 100.
The changeover valve 100 is constructed in such a manner
that when a solenoid 103 is energized, a spool 101 is moved
against an urging force of a spring 102 in the leftward
direction. While the spool 101 remains in the illustrated
condition in which the solenoid 103 is not energized, the
changeover valve 100 establishes fluid communication
between the connecting port 100b and a supply port 100c
which communicates with the oil pump P as well as estab-
lishes fluid communication between the connecting port
100a and a drain port 100d. When the solenoid 103 is
energized, the changeover valve 100 establishes fluid com-
munication between the connecting port 100b and the drain
port 100d as well as establishes a fluid communication
between the connecting port 100a and the supply port 100c.
Thus, the oil is supplied to the axial hole 16 while the
solenoid 103 is energized and the oil is supplied to the
central hole while the solenoid 103 is not energized.

The operation of the valve timing control device having
the above structure will now be described.

If an advance of the phase angle is desired while the inner
rotor 30 and the outer rotor 70 are at its maximum retarded
position as shown in FIG. 3, the solenoid 103 of the
changeover valve 100 is energized and the oil is supplied
into the first pressure chambers R1 as well as the oil is
discharged from the second pressure chambers R2. At this
time, since the oil is also supplied to third passage 34 and the
oil is discharged from back chamber 92 via the fourth
passage 75, the locking pin 90 is moved out of the receiving
hole 31 as shown in FIG. 5 and its head portion is located
in the retracting hole 72. Accordingly, the inner rotor 30 and
the vanes 80 can rotate relative to the outer rotor 70, the front
plate 50, the rear plate 60 and the timing pulley 11a. Then,
as shown in FIG. 6, due to the pressure difference between
the first pressure chambers R1 and the second pressure
chambers R2, the inner rotor 30 and the vanes 80 are rotated
clockwise relative to the outer rotor 70, the front plate 50,
the rear plate 60 and the timing pulley 11a. Thereby, the
opening and closing timing of the valves (not shown) driven
by the cam shaft 10a is advanced.

When the relative phase between the inner rotor 30 and
the outer rotor 70 becomes the phase shown in FIG. 6, the
fluid communication between the first part 35 and the second
part 62 of the third passage 34 is interrupted as well as the
fluid communication between the first part 36 and the second
part 76 of the fourth passage 75 is interrupted. Therefore, if
the torque variation due to the opening and closing operation
of the valves (not shown) acts on the cam shaft 10a and the
pressure in the first pressure chambers R1 and the second
pressure chambers R2 change by the changing of the posi-
tion of the vanes 80, this change of the oil pressure
(pulsation) does not transmit to the locking pin 90.
Therefore, the locking pin 90 does not vibrate in the retract-
ing hole 72 and the acoustic noise is not generated.

On the other hand, when the relative rotation between the
outer rotor 70 and the inner rotor 30 is desired to change
from the advanced condition shown in FIG. 6 or the maxi-
mum advanced condition to the retarded condition, the oil
under pressure is supplied to the second pressure chambers
R2 as well as the oil is discharged from the first pressure
chambers R1(R1a) by de-energizing the changeover valve
100. Thereby, the angular phase of the inner rotor 30 (=the
cam shaft 10a) is retarded relative to that of the outer rotor
70 (=the crank shaft 12). When the relative phase between
the inner rotor 30 and the outer rotor 70 is in the maximum
retarded condition shown in FIG. 5, since the first part 34
and the second part 62 of the third passage 34 communicate
with each other as well as the first part 36 and the second part
76 of the fourth passage 75 are communicated with each
other, the locking pin 90 is moved toward the inner rotor 30
by the spring 91 and the oil pressure in the back chamber 92
and the head portion of the locking pin 90 is fitted into the
receiving hole 31.

FIG. 7 shows a variation of the above first embodiment.
In this variation, a retracting hole 72' is formed in an inner
rotor 30, and a locking pin 90 is disposed in the retracting
hole 72'. A receiving hole 31' is formed in an outer rotor 70'.

In the above first embodiment, the third passage 34 and
the fourth passage 75 are divided into the first parts 35, 36
and the second parts 62, 76, respectively and the first parts
35, 36 and the second parts 62, 76 are communicated with
each other only when the relative phase between the inner
rotor 30 and the outer rotor 70 is in the maximum retarded
condition. However, if either of the third passage 34 or the
fourth passage 75 is divided into the first part and the second
part, it is possible to prevent the locking pin from vibrating
by the pulsation of the oil pressure. For example, the third

5,836,277

7                                                                      8

passage 34 is not divided into two parts and always communicates to the axial hole 19 as the first groove 32. The fourth passage 75 is divided into the first part 36 and the second part 76. Thereby, when the relative phase between the inner rotor 30 and the outer rotor 70 is in the phase shown in FIG. 6, the fluid communication between the first part 36 and the second part 76 is interrupted. Therefore, even if the oil pulsation acts on the locking pin 90 from the third passage 34, the back chamber 92 functions as a damper and the vibration of the locking pin 90 is prevented.

Further, in the above first embodiment, the rotational torque is transmitted from the crank shaft to the cam shaft via the timing belt. However, it is possible to transmit the rotational torque via a chain or gears. In this case, since it is able to discharge the oil which leaks from the receiving hole to the back chamber through a sliding clearance between the locking pin and the retracting hole, it is able to not use the fourth passage. Further, in this first embodiment, the third passage 34 is communicated to the first pressure chambers R1. However, it is possible to communicate the third passage 34 to the second pressure chambers R2. In this case, it is not necessary to communicate the third passage 34 to the first pressure chamber R1a via the communicating passage 74 but it is necessary to form an additional first groove 32 communicating between the first pressure chamber R1a and the axial hole 16.

As mentioned above, in the above first embodiment, the opening and closing timing of the valves (not shown) driven by the cam shaft 12 is adjusted and the angular phase difference between the crank shaft 12 and the cam shaft 10a is adjusted. According to the first embodiment, since the oil pressure is not applied to the locking pin 90 when the whole of the locking pin 90 is located in the retracting hole 72, the locking pin 90 is prevented from vibrating as a result of pressure pulsations. Thereby, acoustic noise generated by the vibration of the locking pin 90 is also prevented.

FIG. 8 to FIG. 14 show a second embodiment of the present invention. In FIG. 6 to FIG. 14, the same parts as compared with FIG. 1 to FIG. 7 are identified by the same reference numerals.

Referring to FIG. 8 to FIG. 14, a cam shaft 210 which is provided with a plurality of cam portions (not shown) driving intake valves (not shown) is rotatably supported on a cylinder head 280 of an engine at its plural journal portions. The cam shaft 210 comprises a rotation shaft of the present invention together with a sensor plate 220 for detecting rotational position, an inner rotor 230 which is fixed to an end of the cam shaft 210 projecting out of the cylinder head 280 and vanes 240 which are mounted on the inner rotor 230. The valve timing control device includes the rotation shaft and a rotation transmitting member being comprised of an outer rotor 250 which is rotatably mounted on the inner rotor 230, a locking pin 260 and a timing sprocket 270 which is fixed to the outer rotor 250. A rotational torque is transmitted from a crank shaft 12 via a timing chain 14' to the timing sprocket 270 so that the timing sprocket 270 is rotated clockwise in FIG. 9 and FIG. 10.

In the cam shaft 210, as shown in FIG. 8, a first passage 211 for supplying and discharging the oil under pressure for advancing is formed at its axial center so as to extend in the axial direction and second passages 212 for supplying and discharging the oil under pressure for retarding are formed in parallel with the first passage 211 so as to extend in the axial direction. The first passage 211 communicates with a connecting port 100b of a changeover valve 100 via a radial passage 213, a circular groove 214 and a connecting passage

281. The second passage 212 is communicated to a connecting port 100 of the changeover valve 100 via a circular groove 213 and a connecting passage 282.

The changeover valve 100 is the same as the changeover valve in the above first embodiment. The oil is supplied to the second passage 212 while the solenoid 102 is not energized and the oil is supplied to the first passage 211 while the solenoid 102 is energized.

The inner rotor 230 is fixedly mounted on the projecting end of the cam shaft 210 together with the sensor plate 220 by a hollow bolt 301 so that the relative rotation between the inner rotor 230 and the cam shaft 210 is prevented. On the outer circumferential surface of the inner rotor 230, axial grooves 231 in which the vanes 240 are mounted in the radial direction are formed thereon. Further, the inner rotor 230 is provided with a receiving hole 232 into which a head portion of a locking pin 260 is fitted by a predetermined amount when the relative phase between the inner rotor 230 and the outer rotor 250 is in a predetermined phase shown in FIG. 10, a restricted passage 233 which extends from the opening end of the receiving hole 232 by a predetermined value in the circumferential direction and which communicates with a second pressure chamber R2 divided by a vane 240 as described later when the relative phase between the inner rotor 230 and the outer rotor 250 is in the predetermined phase shown in FIG. 10 (FIG. 11), communicating passages 234 which communicate between the second passage 212 and the second pressure chambers R2 and communicating passages 235 which communicate between the first passage 211 and the first pressure chambers R1 divided by a vane 240 as described later (FIG. 10). Each vanes 240 is urged outwardly in the radial direction by a spring 241 which is disposed on the bottom portion of the groove 231.

The outer rotor 250 is mounted on the outer circumference of the inner rotor 230 so as to be able to rotate with a predetermined amount relative to the inner rotor 230. As shown in FIG. 8, side plate 290 and the timing sprocket 270 are fluid-tightly connected on both sides of the outer rotor 250, and the side plate 290, the timing sprocket and the outer rotor 250 are fastened by bolts 302. Further, concave portions 251 which define pressure chambers R0 together with the inner rotor 230, the side plate 290 and the timing sprocket 270 are formed on the inner circumference of the outer rotor 250. Each vanes 240 is disposed in each pressure chambers R0 and divides the pressure chamber R0 into the first pressure chamber R1 and the second pressure chamber R2. Further, a retracting hole 252 which penetrates in the radial direction and in which the locking pin 260 and a spring 261 urging the locking pin 260 toward the inner rotor 230 are disposed is formed in the outer rotor 250. The retracting hole 252 is in alignment with the receiving hole 232 when the relative phase between the inner rotor 230 and the outer rotor 250 is in the predetermined phase. As shown in FIG. 8, a torsion spring S is disposed between the side plate 290 and the inner rotor 230. One end of the torsion spring S is engaged with the inner rotor 230 and the other end of that is engaged with the side plate 290. Thereby, the cam shaft 210, the inner rotor 230, the vanes 240 and so on are urged counterclockwise relative to the outer rotor 250, the timing sprocket 270, the side plate 290 and so on in FIG. 10.

The locking pin 260 is fitted in the retracting hole 252 so as to be able to move in the radial direction of the outer rotor 250 and is urged toward the inner rotor 230 by a spring 261. The top portion of the locking pin 260 can be fitted and released into and from the receiving hole 232. The spring 261 is a compression spring which is disposed between the

5,836,277

9

locking pin 260 and a retainer 262 and the retainer 262 is prevented from moving out the retracting hole 252 by a clip fixed to the outer rotor 250.

In this second embodiment, while the engine is at rest, the oil pump P also remains non-operational and the changeover valve 100 is in the condition shown in FIG. 8. Therefore, each member is in the condition shown in FIG. 8 to FIG. 10 (the relative phase between the inner rotor 230 and the outer rotor 250 is locked by the locking pin 260 at the maximum retarded condition under which the volume of the each of the second pressure chambers R2 becomes a maximum value) and the oil under pressure is not supplied to the first and second passages 211, 212. Thereby, when the engine is started, unnecessary relative rotation between the rotation shaft comprising of the cam shaft 210, the inner rotor 230, the vanes 240 and so on and the rotation transmitting member comprising of the outer rotor 250, the timing sprocket 270, the side plate 290 and so on due to the large rotational variation, is regulated and drawbacks due to the unnecessary relative rotation between the rotation shaft and the rotation transmitting member (for example, collision noise by the vanes 240) are avoided.

Further, at the starting of the engine, the oil is supplied from the oil pump P to the passage 282 via the changeover valve 100 at least for a predetermined time. Thereby, the oil is supplied to the second pressure chambers R2 via the circular groove 215, the second passages 212 and the communicating passages 234 and the oil is supplied from the second pressure chamber R2 to the receiving hole 232 via the restricted passage 233. The restricted passage 233 and the second pressure chamber R2 constitutes a third passage for supplying and discharging the oil to and from the receiving hole 232. Accordingly, when the locking pin 260 is moved against the spring 261 and a predetermined time (a time required for supplying a predetermined amount of oil to the receiving hole 232 via the restricted passage 233) elapses since the engine is started, the head portion of the locking pin 260 moves from the receiving hole 232 into the retracting hole 252 as shown in FIG. 12 and the locking condition by the locking pin 260 is released.

Accordingly, when the predetermined time elapses from when the engine is started, as shown in FIG. 12, the rotation shaft comprising of the cam shaft 210, the inner rotor 230, the vanes 240 and so on can be rotated relative to the rotation transmitting member which comprises the outer rotor 250, the timing sprocket 270, the side plate 290 and so on. When the oil is discharged from the second pressure chambers R2 and the oil is supplied to the first pressure chambers R1 by the changing operation of the changeover valve 100 in response to the running condition of the engine, the rotation shaft can be rotated relative to the rotation transmitting member from the condition shown in FIG. 12 to the condition shown in FIG. 14 via the condition shown in FIG. 13. Further, when the oil is discharged from the first pressure chambers R1 and the oil is supplied to the second pressure chambers R2 by the changing operation of the changeover valve 100, the rotation shaft can be rotated relative to the rotation transmitting member from the condition shown in FIG. 14 to the condition shown in FIG. 12 via the condition shown in FIG. 13. Thereby, the opening and closing timing of the valves (not shown) driven by the cam shaft 210 is adjusted and the angular phase difference between the crank shaft 12 and the cam shaft 210 is adjusted.

In the above second embodiment, when the receiving hole 232 is in alignment with the retracting hole 252, the oil is discharged from the first pressure chambers R1 via the passages 235, 211, 213, 214 and 281 and the oil supplied

10

to the second pressure chambers R2 via the passages 282, 215, 212 and 234. In this condition, when the changeover valve is changed, and when the oil in supplied to the first pressure chambers R1 via the passages 235, 211, 213, 214 and 281 and the oil is discharged from the second pressure chambers R2 via the passages 282, 215, 212 and 234, the rotation shaft is rotated relative to the rotation transmitting member, for example, from the condition shown in FIG. 12 to the condition shown in FIG. 13 and the receiving hole 232 is not in alignment with the retracting hole 252. The time required for changing from the alignment condition to the nonalignment condition is a minimum. At this time, since the fluid communication between the receiving hole 232 and the second pressure chamber R2 is restricted and interrupted by the restricted passage 233 and the interruption of the restricted passage 233, the head portion of the locking pin 260 is not fitted into the receiving hole 233.

Further, when the oil is discharged from the first pressure chambers R1 via the passages 235, 211, 213, 214 and 281 and the oil is supplied to the second pressure chambers R2 via the passages 282, 215, 212 and 234, the valve timing control device changes from the non-alignment condition to the alignment condition. At this time, since the oil is supplied from the second pressure chamber R2 to the receiving hole 232 via the restricted passage 233, the head portion of the locking pin 260 is not fitted into the receiving hole 233.

As mentioned above, since the locking pin 260 is not fitted into the receiving hole 232, after the locking pin 260 is moved out of the receiving hole 232, the number of operations associated with the locking pin 260 is remarkably reduced and thereby the durability and the reliability of the locking mechanism is remarkably improved.

Further, in the second embodiment, when the receiving hole 232 is not in alignment with the retracting hole 252, as shown in FIG. 13 and FIG. 14, fluid communication between the receiving hole 232 and the second pressure chamber R2 via the restricted passage 233 is interrupted and the receiving hole 232 is sealed or closed. Therefore, in this condition, supplying and discharging the oil to and from the first and second pressure chambers R1 and R2 is controlled. Further, even if the oil pressure in the second pressure chamber R2 changes, the pressure change is not transmitted to the receiving hole 232. Therefore, it is able to prevent the locking pin 260 from vibrating in the retracting hole 52, and it is possible to reduce the acoustic noise generated by the vibration of the locking pin 260.

Further, since the restricted passage 233 is formed on the outer circumferential surface of the inner rotor 230 on which the outer rotor 250 is rotatably mounted, it is able to easily form the restricted passage 233 and therefore it is able to reduce the manufacturing cost of the valve timing control device.

In this second embodiment, the torsion spring S is disposed between the side plate 290 and the inner rotor 230 and each member is in the condition shown in FIG. 10 at the initial off or starting condition of the engine. Since the timing sprocket 270 is rotated clockwise in FIG. 9 and FIG. 10, even if the torsion spring S does not exist, each member is in the condition shown in FIG. 10 when the engine starts. Therefore, it is able to not use the torsion spring S.

FIG. 15 to FIG. 18 show a third embodiment of the present invention. In FIG. 15 to FIG. 18, the same parts as compared with FIG. 1 to FIG. 7 are identified by the same reference numerals.

Referring to FIG. 15 to FIG. 18, a cam shaft 510 which is provided with a plurality of cam portions (not shown)

5,836,277

11

driving intake valves (not shown) is rotatably supported on a cylinder head of an engine at its plural journal portions. The cam shaft 510 comprises a rotation shaft of the present invention together with an inner rotor 520 which is fixed to an end of the cam shaft 510) projecting out of the cylinder head and vanes 570 which are mounted on the inner rotor 520. The valve timing control device includes the rotation shaft and a rotation transmitting member being comprised of an outer rotor 530 which is rotatably mounted on the inner rotor 520, a locking pin 580 and a timing sprocket 531 which is formed on the outer rotor 530 in a body. A rotational torque is transmitted from a crank shaft 12 via a timing chain 14' to the timing sprocket 531 so that the timing sprocket 531 is rotated clockwise in FIG. 16.

In the cam shaft 510, as shown in FIG. 15, a first passage 511 for supplying and discharging the oil under pressure for advancing is formed at its axial center so as to extend in the axial direction and second passages 512 for supplying and discharging the oil under pressure for retarding are formed in parallel with the first passage 511 so as to extend in the axial direction. The first passage 511 is communicated to a connecting port 100b of a changeover valve 100 via a radial passage, a circular groove 514 and a connecting passage 516. The second passage 512 is communicated to a connecting port 100a of the changeover valve 100 via a circular groove 515 and a connecting passage 515.

The changeover valve 100 is the same as the changeover valve in the above first embodiment. The oil is supplied to the second passage 512 while the solenoid 102 is not energized and the oil is supplied to the first passage 511 while the solenoid 102 is energized.

The inner rotor 520 is fixedly mounted on the projecting end of the cam shaft 510 via a spacer 590 by a bolt 591 so that the relative rotation between the inner rotor 520 and the cam shaft 510 is prevented. On the outer circumferential surface of the inner rotor 520, four axial grooves 521 in which the vanes 570 are mounted in the radial direction are formed thereon. Further, the inner rotor 520 is provided with a receiving hole 522 into which a head portion of a locking pin 590 is fitted by a predetermined amount when the relative phase between the inner rotor 520 and the outer rotor 530 is in a predetermined phase (the maximum retarded condition) shown in FIG. 16, a passage 523 which can communicate the receiving hole 522 and the first passage 511, passages 524 which communicate between first pressure chambers R1 (except for a first pressure chamber R1 located upper side in FIG. 16) divided by vanes 570 and the first passage 511 and passages 525 which communicate between second pressure chambers R2 divided by vanes 570 and the second passage 512. On the outer circumferential surface of the inner rotor 520, a groove 527 is formed thereon so as to extend in the circumferential direction. One end of the groove 527 communicates with the outer end of the passage 523 and the other end of that is communicated to the first pressure chamber R1 which is located upper side in FIG. 16. Further, an axial groove 528 is formed on the outer circumferential surface of the inner rotor 520 so as to extend from the opening end of the receiving hole 522 toward a rear plate 550. An axial groove 526 is formed on the outer circumferential surface of the inner rotor 520 so as to extend from the outer opening end of the passage 523 toward the rear plate 550. These axial grooves 528 and 526 are communicated with each other via a groove 532 which is formed on the rear side surface of the outer rotor 530 at the maximum retarded condition shown in FIG. 16. Therefore, the receiving hole 522 is communicated to the first passage 511 via the axial groove 528, the groove 532,

12

the axial groove 526 and the passage 523 only when the relative phase between the inner rotor 520 and the outer rotor 530 is in the maximum retarded condition. Each vanes 570 is urged outwardly in the radial direction by a spring 571 which is disposed on the bottom portion of the groove 521. The diameter of the receiving hole 522 is slightly larger than that of the locking pin 580 (and the diameter of the retracting hole 534).

The outer rotor 530 is mounted on the outer circumference of the inner rotor 520 so as to be able to rotate a predetermined amount relative to the inner rotor 520. As shown in FIG. 15, a front plate 540 and the rear plate 550 are fluid-tightly connected on both sides of the outer rotor 530, and the front plate 540, the rear plate 550 and the outer rotor 530 are fastened by bolt 592. The timing sprocket 531 is formed on the outer circumference of the rear end of the outer rotor 530 in a body. Further, four projecting portions 533 which are projected inwardly are formed on the inner circumferential portion of the outer rotor 530. The inner circumferential surface of each projecting portions 533 is slidably mounted on the inner rotor 520. A retracting hole 534 in which the locking pin 580 and a spring 581 are disposed is formed in one of the projecting portion 533 and hollow portions 536, 537 are formed in this projecting portion 533.

The front plate 540 is a circular plate having a tubular portion 541 and communicating holes (not shown) which are corresponding to the hollow portions 536, 537 are formed therein. The front plate 540 is provided with a notch portion 546 with which one end of a torsion spring 560 is engaged. The rear plate 550 is a circular plate and is provided with communicating holes (not shown) which are corresponding to the hollow portions 536, 537.

The torsion spring 560 is engaged with the inner rotor 520 at its other end urges the inner rotor 520 relative to the outer rotor 530, the front plate 540 and the rear plate 550 clockwise in FIG. 16. The torsion spring 560 is provided considering the force which obstructs the rotation of the inner rotor 520 and the vanes 570 toward the advance side. The torsion spring 560 urges the inner rotor 520 relative to the outer rotor 530, the front plate 540 and the rear plate 550 toward the advance side and thereby the response of the rotation of the inner rotor 520 toward the advance side is improved.

Each vanes 570 is disposed in each pressure chambers R0 formed between the adjacent projecting portions 533 and divides the pressure chamber R0 into the first pressure chamber R1 and the second pressure chamber R2.

The locking pin 580 is fitted in the retracting hole 534 so as to be able to move in the radial direction of the outer rotor 530 and is urged toward the inner rotor 520 by the spring 581 which is disposed between the locking pin 580 and a retainer 582. In this embodiment, a groove 535 which penetrates the retracting hole 534 at the outer end of the retracting hole 534 and whose one end is opened into the front side surface of the outer rotor 530 is formed on the outer rotor 530. The plate-shaped retainer 582 is fitted into the groove 535 from the front side surface side of the outer rotor 530 and the one end of the spring 581 is engaged with the retainer 582.

In this third embodiment, while the engine is at rest, the oil pump P also remains non-operational and the changeover valve 100 is in the condition shown in FIG. 15. Therefore, each member is in the condition shown in FIG. 15 and FIG. 16 (the relative phase between the inner rotor 520 and the outer rotor 530 is locked by the locking pin 580 at the maximum retarded condition under which the volume of the each of the second pressure chambers R2 becomes a maxi-

5,836,277

**13**

mum value) and the oil under pressure is not supplied to the first and second passages **511**, **512**. Thereby, when the engine is started, non-necessary relative rotation between the rotation shaft comprising of the cam shaft **510**, the inner rotor **520**, the vanes **570** and so on and the rotation transmitting member comprising of the outer rotor **530**, the timing sprocket **531**, the front plate **540**, the rear plate **550** and so on due to the large rotational variation is regulated and the drawback due to the unnecessary relative rotation between the rotation shaft and the rotation transmitting member (for example, collision noise by the vanes **570**) is avoided.

Further, at the starting of the engine, the changeover valve **100** is changed over, and the oil is supplied from the oil pump P to the passage **516** via the changeover valve **100** for at least a predetermined time. Thereby, the oil is supplied to the first pressure chambers R1 via the first passage **511**, the passages **524**, the passage **523** and the groove **527** and is supplied to the receiving hole **522** via the first passage **511**, the passage **523**, the axial groove **526**, the groove **532** and the axial groove **528**. Thereby, when the locking pin **580** is moved against the spring **581** and a predetermined time (a time required for supplying a predetermined amount of oil to the receiving hole **522**) elapses since the engine is started, the head portion of the locking pin **580** moves from the receiving hole **522** into the retracting hole **534** as shown in FIG. **17** and the locking condition by the locking pin **580** is released.

Accordingly, when the predetermined time elapses since the engine is started, as shown in FIG. **17**, the rotation shaft comprising of the cam shaft **510**, the inner rotor **520**, the vanes **570** and so on can be rotated relative to the rotation transmitting member that comprises the outer rotor **530**, the timing sprocket **531**, the front plate **540**, the rear plate **550** and so on. When the oil is discharged from the second pressure chambers R2 and the oil is supplied to the first pressure chambers R1 by the changing operation of the changeover valve **100** in response to the running condition of the engine, the rotation shaft ran be rotated relative to the rotation transmitting member from the condition shown in FIG. **17** to the maximum advanced condition in which the volume of the second pressure chambers R2 become minimum value via the condition shown in FIG. **18**. Further, when the oil is discharged from the first pressure chambers R1 and the oil is supplied to the second pressure chambers R2 by the changing operation of the changeover valve **100**, the rotation shaft can be rotated relative to the rotation transmitting member from the maximum advanced condition to the condition shown in FIG. **17** via the condition shown in FIG. **18**. Thereby, the opening and closing timing of the valves (not shown) driven by the cam shaft **510** is adjusted and the angular phase difference between the crank shaft **12** and the cam shaft **510** is adjusted. It is therefore able to maintain the neutral condition, for example, the condition shown in FIG. **18**, by maintaining the oil pressure of the first and second pressure chambers R1 and R2.

In the above second embodiment, when the receiving hole **522** is not in alignment with the retracting hole **534**, as shown in FIG. **18**, the fluid communication between the axial groove **526** and the groove **532** is interrupted and the receiving hole **52** is sealed or closed. In this condition, since the oil is not communicated to the receiving hole **522**, the supplying and discharging of oil to and from the first and second pressure chamber R1 and R2 are controlled. Further, even if the oil pressure in the passage **523** and the axial groove **526** changes, the pressure change does not transmit to the receiving hole **522**. Therefore, it is able to prevent the

**14**

locking pin **580** from vibrating in the retracting hole **534** and it is possible to reduce the acoustic noise generated by the vibration of the locking pin **580**.

In this third embodiment, the receiving hole **522** is in alignment with the retracting hole **534** at the maximum retarded condition. However, it is able to be in alignment the receiving hole **522** with the retracting hole **534** at the maximum advanced condition. In this case, the third passage for communicating to the receiving hole **522** is communicated to the passages **525** when the receiving hole **522** is in alignment with the retracting hole **534** and the fluid communication between the third passage and the passages **525** is interrupted when the receiving hole **522** is not in alignment with the retracting hole **534** (when the inner rotor **520** is rotated relative to the outer rotor **530** with a predetermined angle). In this case, the third passage is constituted by axial grooves and by grooves as in the above third embodiment. Further, it is able to apply the oil pressure for lubricating the journal portions of the cam shaft **510** to the back surface of the vanes **570**. In this case, it is possible to not use the vane springs **571**.

In the above first, second and third embodiments, the vanes are connected to the inner rotor, and the locking pin and the spring are disposed in the outer rotor. However, the vanes may be connected to the outer rotor and the locking pin and the spring may be disposed in the inner rotor. Further, in the above embodiments, the valve timing control device is used with the cam shaft for opening and closing the intake valves. However, it is possible to use the cam shaft for opening and closing the exhaust valves.

The principles, preferred embodiments and modes of operation of the present invention have been described in the foregoing description. The invention which is intended to be protected herein should not, however, be construed as limited to the particular forms disclosed, as these are to be regarded as illustrative rather than restrictive. Variations and changes may be made by those skilled in the art without departing from the spirit of the present invention. Accordingly, the foregoing detailed description should be considered exemplary in nature and not limited to the scope and spirit of the invention as set forth in the appended claims.

What is claimed is:

1. A valve timing control device comprising:

a rotation shaft for opening and closing a valve;

a rotation transmitting member rotatably mounted on the rotation shaft;

a vane connected to one of the rotation shaft and the rotation transmitting member;

a chamber defined between the rotation shaft and the rotation transmitting member and divided into a first pressure chamber and a second pressure chamber by the vane being extended into the chamber;

a first fluid passage in fluid communication with the first pressure chamber for supplying and discharging the fluid therein and therefrom, respectively;

a second fluid passage in fluid communication with the second pressure chamber for supplying and discharging the fluid therein and therefrom;

a retracting hole formed on one of the rotation shaft and the rotation transmitting member;

a locking pin slidably fitted in the retracting hole and urged toward the other of the rotation shaft and the rotation transmitting member;

a receiving hole formed on the other of the rotation shaft and the rotation transmitting member and in which a

5,836,277

| 15 | 16 |

part of the locking pin is fitted when the relative phase between the rotation shaft and the rotation transmitting member is in a predetermined phase; and

a third fluid passage in fluid communication with the receiving hole only when the relative phase between the rotation shaft and the rotation transmitting member is in the predetermined phase.

**2**. A valve timing control device recited in claim **1**, wherein the third fluid passage includes a first part which is formed on one of the rotation shaft and the rotation transmitting member and a second part formed on the other of the rotation shaft and the rotation transmitting member.

**3**. A valve timing control device recited in claim **1**, wherein the third fluid passage is formed on the sliding surface between the rotation shaft and the rotation transmitting member.

**4**. A valve timing control device recited in claim **3**, wherein the third fluid passage is constituted by the second pressure chamber and a restricted passage formed on the sliding surface between the rotation shaft and the rotation transmitting member.

**5**. A valve timing control device recited in claim **2**, wherein the third fluid passage is formed to communicate with one of the first fluid passage and the second fluid passage.

**6**. A valve timing control device recited in claim **1**, further comprises a fourth fluid passage in fluid communication with the retracting hole only when the relative phase between the rotation shaft and the rotation transmitting member is in the predetermined phase.

\*  \*  \*  \*  \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,836,277
DATED       : November 17, 1998
INVENTOR(S) : Kira *et al.*

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

**On the title page,**

Item [30], line 2, delete "8-344122" and insert in place thereof --8-343122--.

Signed and Sealed this

Twenty-fifth Day of May, 1999

*Attest:*

**Q. TODD DICKINSON**

*Attesting Officer*

*Acting Commissioner of Patents and Trademarks*

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Aisin Seiki Co., Ltd.

## DEFENDANTS
BorgWarner Inc. and BorgWarner Morse TEC Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM ADDRESS AND TELEPHONE NUMBER)
Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St., P.O Box 1347, Wilmington, DE  19899
(302) 658-9200

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers | Injury Product Liability | ☐ 650 Airline Regs | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 850 Securities/Commodities/ |
| (Excl Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholder Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | or Defendant | Determination Under |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS - Third Party | Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | State Statutes |
| | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed From State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred From another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Patent Infringement under 35 U.S.C. §271

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions)

JUDGE  Sue L. Robinson

DOCKET NUMBER  05-48 (SLR)

DATE  August 22, 2007

SIGNATURE OF ATTORNEY OF RECORD  *Jan Blumfel*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

_____8/22/07_____
(Date forms issued)

_____
(Signature of Party or their Representative)

X
_____AARON Sohwanen_____
(Printed name of Party or their Representative)

**Note: Completed receipt will be filed in the Civil Action**