IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AISIN SEIKI CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. _____ ) |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC. | ) **DEMAND FOR JURY TRIAL** ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Aisin Seiki Co., Ltd. ("Aisin Seiki"), states that Toyota Motor Corporation owns 10% or more of Aisin Seiki's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff Aisin Seiki Co., Ltd.*

OF COUNSEL:
Steven P. Weihrouch
Richard D. Kelly
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

August 22, 2007
1215399