IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AISIN SEIKI CO., LTD., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C. A. No. 07-512 (SLR) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) ) ) ) |
| Defendants. | ) ) ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Anne Shea Gaza in the above-captioned action as counsel to Defendants BorgWarner Inc. and BorgWarner Morse Tec Inc.

*/s/ Anne Shea Gaza*
William J. Wade (#704)
Wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendants

Dated: November 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on November 1, 2007, the foregoing document was sent via Federal Express to the following non-registered participants:

Steven P. Weihrouch
Richard D. Kelly
Eric W. Schweibenz
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com