IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AISIN SEIKI CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-512 (SLR) |
| ) | |
| BORGWARNER INC., and ) | |
| BORGWARNER MORSE TEC INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc., and subject to the approval of the Court, that Defendants time to move, answer or otherwise respond to or against Plaintiff's Complaint is hereby extended through and including December 19, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff Aisin Seiki Co., Ltd.*

RICHARDS, LAYTON & FINGER

/s/ Anne Shea Gaza
William J. Wade (#704)
wade@rlf.com
Anne S. Gaza (#4093)
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants
BorgWarner Inc. and BorgWarner
Morse TEC Inc.*

-3219361-1

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Steven P. Weihrouch<br>Richard D. Kelly<br>Eric W. Schweibenz<br>OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>(703) 413-3000 | James A. Hardgrove<br>Hugh A. Abrams<br>Aaron S. Mandel<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7000 |

Dated: November 1, 2007

SO ORDERED this ____ day of _____, 2007.

_____
Judge Sue L. Robinson