IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AISIN SEIKI CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-512 (SLR) |
| | ) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of James A. Hardgrove, Hugh A. Abrams and Aaron S. Mandel to represent Defendants in this matter.

*[signature: Anne Shea Gaza]*

OF COUNSEL:

James A. Hardgrove
Hugh A. Abrams
Aaron S. Mandel
Constantine Koutsoubas
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Phone--312.853.7464

William J. Wade (#704)
Wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

Dated: November 14, 2007

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated:_____        _____
                                                            United States District Judge

RLF1-3223482-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

                                                        */s/ Hugh A. Abrams*
                                                        Hugh A. Abrams

Hugh A. Abrams
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Dated: November 13, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
James A. Hardgrove

James A. Hardgrove
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Dated: Nov. 13, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Aaron S. Mandel

Aaron S. Mandel
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Dated: 11/13/07

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on November 14, 2007, the foregoing document was sent via Federal Express to the following non-registered participants:

Steven P. Weihrouch
Richard D. Kelly
Eric W. Schweibenz
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Anne Shea Gaza (#4093)
gaza@rlf.com