IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AISIN SEIKI CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v., | ) C. A. No. 07-512 (SLR) |
| | ) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc. state the following: BorgWarner Morse TEC Inc. is a wholly owned subsidiary of BorgWarner Inc. In addition, the following publicly-traded company owns 10% or more of BorgWarner Inc.:

>AXA
>135 W. 50th Street 3rd St
>New York, NY 10020
>
>*Also Known As*
>AllianceBernstein, L.P.,
>1345 Ave. of the Americas, 40th Fl.
>New York, NY 10105

Defendants reserve the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

*Of Counsel*
SIDLEY AUSTIN LLP
James A. Hardgrove, Esq.
Hugh A. Abrams, Esq.
Aaron S. Mandel, Esq.
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated:  November 14, 2007

/s/ Anne Shea Gaza (Bar #4093)
William J. Wade, Esq. (#704)
wade@rlf.com
Anne Shea Gaza, Esq. (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants, BorgWarner Inc. and BorgWarner Morse TEC Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on November 14, 2007, the foregoing document was sent via Federal Express to the following non-registered participants:

Steven P. Weihrouch
Richard D. Kelly
Eric W. Schweibenz
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com