IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AISIN SEIKI CO., LTD.,

Plaintiff,

v.

BORGWARNER INC. and BORGWARNER MORSE TEC INC.,

Defendants.

C. A. No. 07-512 (SLR)

**DEFENDANTS' MOTION UNDER 28 U.S.C. §1404(a) TO TRANSFER CASE TO THE NORTHERN DISTRICT OF ILLINOIS**

Defendants, BorgWarner Inc. and BorgWarner Morse TEC Inc. ("BorgWarner"), by and through their respective undersigned attorneys and pursuant to 28 U.S.C. §1404(a), hereby move this Court for an order, in a form substantially similar to the proposed order attached hereto, to transfer the above-captioned action to the United States District Court for the Northern District of Illinois. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Their Motion Under 28 U.S.C. §1404(a) to Transfer Case to the Northern District of Illinois.

*Of Counsel*
SIDLEY AUSTIN LLP
James A. Hardgrove, Esq.
Hugh A. Abrams, Esq.
Aaron S. Mandel, Esq.
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: November 14, 2007

Anne Shea Gaza

William J. Wade, Esq. (#704)
wade@rlf.com
Anne Shea Gaza, Esq. (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants, BorgWarner Inc and BorgWarner Morse TEC Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on November 14, 2007, the foregoing document was sent via Federal Express to the following non-registered participants:

Steven P. Weihrouch
Richard D. Kelly
Eric W. Schweibenz
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Anne Shea Gaza (#4093)
gaza@rlf.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AISIN SEIKI CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BORGWARNER INC. and BORGWARNER MORSE TEC INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 07-512 (SLR) |

**ORDER**

The Court, having considered Defendants' Motion Under 28 U.S.C. §1404(a) to Transfer Case to the Northern District of Illinois and the parties' positions related thereto,

IT IS HEREBY ORDERED this ____ day of ________________, 200__ that the Motion is GRANTED.

_______________________________________
UNITED STATES DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AISIN SEIKI CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-512 (SLR) |
| | ) | |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to District of Delaware Local Rule 7.1.1, the undersigned counsel hereby certifies that we have attempted to consult with counsel for Plaintiff, Aisin Seiki Co., Ltd., and have been unable to do so, but anticipate that Plaintiff will oppose the relief sought by this Motion.

Anne Shea Gaza

William J. Wade, Esq. (#704)
wade@rlf.com
Anne Shea Gaza, Esq. (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc.*

*Of Counsel*
SIDLEY AUSTIN LLP
James A. Hardgrove, Esq.
Hugh A. Abrams, Esq.
Aaron S. Mandel, Esq.
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: November 14, 2007