IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AISIN SEIKI CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-512 (SLR) |
| ) | |
| BORGWARNER INC., and ) | |
| BORGWARNER MORSE TEC INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Aisin Seiki Co., Ltd., and Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc., subject to the approval of the Court, that Plaintiff's time to file its answering brief in opposition to Defendants' motion to transfer case to Northern District of Illinois (D.I. 13) is hereby extended through and including December 14, 2007, and that Defendants' time to file their reply brief in support of their motion is hereby extended through and including January 18, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff Aisin Seiki Co., Ltd.*

RICHARD, LAYTON & FINGER

/s/ *Anne S. Gaza*
_____
William J. Wade (#704)
wade@rlf.com
Anne S. Gaza (#4093)
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc.*

OF COUNSEL:

Steven P. Weihrouch
Richard D. Kelly
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

OF COUNSEL:

James A. Hardgrove
Hugh A. Abrams
Aaron S. Mandel
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000


Dated: November 26, 2007

      SO ORDERED this _____ day of _____, 2007.


_____
Judge Sue L. Robinson

1321183