**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

November 26, 2007

**VIA HAND DELIVERY & E-FILING**
The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:  *Aisin Seiki Co., Ltd. v. BorgWarner, Inc.*
C.A. No. 07-512 (SLR)

Dear Judge Robinson,

On November 14, 2007, Defendants BorgWarner Inc. and BorgWarner Morse TEC, Inc. (collectively "BorgWarner") filed their Motion Under 28 U.S.C. § 1404(a) to Transfer Case to the Northern District of Illinois. (D.I. 13.) In BorgWarner's Opening Brief, BorgWarner noted that it had filed a Motion to Postpone Consideration of Aisin Seiki, Co. Ltd and Aisin Automotive Casting Tennessee, Inc's Motion to Transfer in the Northern District of Illinois (collectively "Aisin") (D.I. 14 at 2 n.3.) BorgWarner advised the Illinois court that BorgWarner (and apparently Aisin Seiki) desire both cases to be in a single forum.  Thus, if this Court declined to transfer the present case to Illinois, BorgWarner would not oppose Aisin's motion to transfer the Illinois case to this Court.  Accordingly, BorgWarner asked the Northern District of Illinois to postpone consideration of Aisin's motion to transfer the Illinois case to this Court in order to permit this Court to decide BorgWarner's motion to transfer the present case to Illinois. (D.I. 14 at Ex. D.)

On November 20, 2007, the Northern District of Illinois denied BorgWarner's Motion to Postpone.  Accordingly, the Northern District of Illinois will consider Aisin's transfer motion without waiting for this Court's decision on BorgWarner's transfer motion.

A consolidated briefing schedule has recently been set in the Northern District of Illinois to accommodate a second transfer motion filed by co-defendant Hilite International Inc. ("Hilite").  BorgWarner's response brief to Aisin's transfer motion is due on December 10, 2007. Aisin and Hilite's reply briefs are due on January 18, 2008.  In light of the statements made in BorgWarner's motion filed in this Court regarding the motion to postpone the decision in Illinois, BorgWarner wanted to advise the Court of the decision of the Illinois court on the motion to postpone.

RLF1-3227235-1

The Honorable Sue L. Robinson
November 26, 2007
Page 2

Respectfully,

*Anne Shea Gaza*

Anne Shea Gaza (#4093)
gaza@rlf.com

ASG/afg

cc: Karen Jacobs Louden, Esquire (via electronic mail)
Steven P. Weihrouch, Esquire (via electronic mail)
Richard D. Kelly, Esquire (via electronic mail)
Eric W. Schweibenz, Esquire (via electronic mail)
William J. Wade, Esquire (via electronic mail)
James A. Hardgrove, Esquire (via electronic mail)
Hugh A. Abrams, Esquire (via electronic mail)
Aaron S. Mandel, Esquire (via electronic mail)

RLF1-3227235-1