IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AISIN SEIKI CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-512 (SLR) |
| | ) | |
| BORGWARNER INC., and | ) | |
| BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION AND ORDER**

WHEREAS, the parties to this action expect in the near future to enter into a memorandum of understanding of basic terms to settle their disputes, which will require the parties to enter into a formal settlement agreement no later than December 31, 2007;

WHEREAS, no scheduling order has been issued by the Court;

WHEREAS, no trial date is currently scheduled; and

WHEREAS, the parties are currently devoting their attention and resources to preparing a memorandum of understanding and the necessary formal settlement agreement documentation and fully expect to complete the final agreement by no later than December 31, 2007; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all currently scheduled dates and deadlines in this action, including Aisin Seiki Co. Ltd.'s ("Aisin Seiki") response to Defendants' Motion under 28 U.S.C. § 1404(a) to Transfer Case to the Northern District of Illinois (D.I. 14) and Defendants' time to answer or otherwise respond to Aisin Seiki's Complaint (D.I. 1), are extended by 30 days.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| */s/ Karen Jacobs Louden (#2881)* | */s/ William J. Wade (#704)* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for Plaintiff Aisin Seiki Co., Ltd.* | William J. Wade (#704)<br>Anne S. Gaza (#4093)<br>gaza@rlf.com<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Steven P. Weihrouch<br>Richard D. Kelly<br>Eric W. Schweibenz<br>OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>(703) 413-3000 | James A. Hardgrove<br>Hugh A. Abrams<br>Aaron S. Mandel<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7000 |

Dated: December 7, 2007

SO ORDERED this _____ day of _____, 2007.

_____
Judge Sue L. Robinson