IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AISIN SEIKI CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-512 (SLR) |
| ) | |
| BORGWARNER INC., and ) | |
| BORGWARNER MORSE TEC INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

WHEREAS, on December 10, 2007, the Court entered a Stipulated Order extending by thirty days all currently scheduled dates and deadlines in this action (D.I. 18);

WHEREAS, since that time, the parties have entered into a memorandum of understanding of basic terms to settle their disputes but require additional time to finalize their agreement; and

WHEREAS, the parties believe an additional sixty day extension would facilitate their efforts toward completing the formal settlement agreement documentation; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that (i) the due date for Aisin Seiki Co. Ltd.'s ("Aisin Seiki") response to Defendants' Motion under 28 U.S.C. § 1404(a) to Transfer Case to the Northern District of Illinois (D.I. 14) is extended to March 14, 2008; (ii) the due date for Defendants' to answer or

otherwise respond to Aisin Seiki's Complaint (D.I. 1) is extended to March 18, 2008; and (iii) the due date for Defendants' reply to Aisin Seiki's response to Defendants' Motion under 28 U.S.C. § 1404(a) to Transfer Case to the Northern District of Illinois (D.I. 14) is extended to April 21, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Anne S. Gaza |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for Plaintiff Aisin Seiki Co., Ltd.* | William J. Wade (#704)<br>Anne S. Gaza (#4093)<br>gaza@rlf.com<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc.* |
| OF COUNSEL:<br><br>Steven P. Weihrouch<br>Richard D. Kelly<br>Eric W. Schweibenz<br>OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>(703) 413-3000 | OF COUNSEL:<br><br>James A. Hardgrove<br>Hugh A. Abrams<br>Aaron S. Mandel<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-7000 |

Dated: January 8, 2008

　　　　SO ORDERED this ____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge Sue L. Robinson

1377500