IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AISIN SEIKI CO., LTD., | ) ) ) | C.A. No. 07-CV-512 (SLR) |
| Plaintiff, | ) ) | The Honorable Sue L. Robinson |
| vs. | ) ) | United States District Judge |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) ) |  |
| Defendants, | ) |  |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties Aisin Seiki Co., Ltd., BorgWarner Inc., and BorgWarner Morse TEC Inc., by and through their undersigned counsel, do hereby stipulate and agree as follows:

1. All claims asserted in this action are dismissed with prejudice.

2. Each party shall bear its own costs and attorneys fees with respect to the matters dismissed hereby.

Dated: March 7, 2008

Respectfully submitted,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| */s/ Karen Jacobs Louden (#2881)* | */s/ Anne S. Gaza (#4093)* |
| Jack B. Blumenfeld (#1014) | William J. Wade (#704) |
| Karen Jacobs Louden (#2881) | Anne S. Gaza (#4093) |
| klouden@mnat.com | gaza@rlf.com |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| *Attorneys for Plaintiff Aisin Seiki Co., Ltd.* | *Attorneys for Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Steven P. Weihrouch | James A. Hardgrove |
| Richard D. Kelly | Hugh A. Abrams |
| Eric W. Schweibenz | Aaron S. Mandel |
| OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C. | Constantine Koutsoubas SIDLEY AUSTIN LLP |
| 1940 Duke Street | One South Dearborn |
| Alexandria, VA 22314 | Chicago, IL 60603 |
| (703) 413-3000 | (312) 853-7000 |

SO ORDERED, this _____ day of _____, 2008

_____
Judge Sue L. Robinson