✎ AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  **X** Patents or ____ Trademarks:

| DOCKET NO.<br>07cv512 | DATE FILED<br>8/22/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Aisin Seiki Co., Ltd. | | DEFENDANT<br><br>BorgWarner Inc. And Borgwarner Morse Tec Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   5,775,279 | 7/7/98 | Aisin Seiki Kabushiki Kaisha |
| 2   5,836,277 | 11/17/98 | Aisin Seiki Kabushiki Kaisha |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Closed per D.I. 20.

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>Nicole Tasano (signature) | DATE<br>8/23/07 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AISIN SEIKI CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br> Defendants, | C.A. No. 07-CV-512 (SLR) <br><br> The Honorable Sue L. Robinson <br> United States District Judge |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties Aisin Seiki Co., Ltd., BorgWarner Inc., and BorgWarner Morse TEC Inc., by and through their undersigned counsel, do hereby stipulate and agree as follows:

1. All claims asserted in this action are dismissed with prejudice.

2. Each party shall bear its own costs and attorneys fees with respect to the matters dismissed hereby.

Dated: March 7, 2008

Respectfully submitted,

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER |
| | |
| */s/ Karen Jacobs Louden (#2881)* | */s/ Anne S. Gaza (#4093)* |
| Jack B. Blumenfeld (#1014) | William J. Wade (#704) |
| Karen Jacobs Louden (#2881) | Anne S. Gaza (#4093) |
| klouden@mnat.com | gaza@rlf.com |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| *Attorneys for Plaintiff Aisin Seiki Co., Ltd.* | *Attorneys for Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Steven P. Weihrouch | James A. Hardgrove |
| Richard D. Kelly | Hugh A. Abrams |
| Eric W. Schweibenz | Aaron S. Mandel |
| OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C. | Constantine Koutsoubas SIDLEY AUSTIN LLP |
| 1940 Duke Street | One South Dearborn |
| Alexandria, VA 22314 | Chicago, IL 60603 |
| (703) 413-3000 | (312) 853-7000 |

SO ORDERED, this _____ day of _____, 2008

_____
Judge Sue L. Robinson